LUIS A. AYON, ESQ.
Nevada Bar No. 9752
**AYON LAW, PLLC**
9205 West Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148
Telephone:    (702) 600-3200
Facsimile:    (702) 447-7936
*E-Mail:        laa@ayonlaw.com*

*Attorneys for Defendant 7321 Wandering Street Trust*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, as SUCCESSOR TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR THE HOLDERS OF THE MLMI SURF TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-AB1, | Case No.: 2:16-cv-02571-JCM-VCF |
| Plaintiff, | **DEFENDANT 7321 WANDERING STREET TRUST'S MOTION TO SUBSTITUTE ATTORNEYS** |
| vs. | |
| ELKHORN COMMUNITY ASSOCIATIONS; 7321 WANDERING STREET TRUST, | |
| Defendants. | |

Pursuant to FRCP Rule 74(d) and LR IA 11-6(c), Defendant 7321 Wandering Street Trust ("Wandering Trust") hereby moves this court to substitute counsel.  Luis A. Ayon, Esq. lead counsel for Defendant Wandering Trust, formerly of Maier Gutierrez Ayon, PLLC ("MGA Law"), has left MGA Law and has formed AYON LAW, PLLC ("AYON LAW").

Defendant Wandering Trust has chosen to remain with Luis A. Ayon, Esq., and engage AYON LAW, PLLC for this matter.  Defendant Wandering Trust has signed a substitution counsel. *See* Exhibit A.  MGA Law has provided Ayon Law the case file and Luis A. Ayon is aware of all the deadlines in this matter.

Discovery in this matter does not close until August 23, 2017 [*see* Docket No. 36], and therefore, discovery and trial deadlines will not be effected by this substitution of counsel. Accordingly, Defendant Wandering Trust requests that this Court grant its motion to substitute counsel of record in this matter.

DATED this 17th day of May, 2017.

**AYON LAW, PLLC**

/s/ *Luis A. Ayon*
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
9205 W. Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148

## ORDER

IT IS HEREBY ORDERED that LUIS A. AYON, ESQ. of the law firm of AYON LAW. PLLC, shall be substituted in place of the law firm MAIER GUTIERREZ AND ASSOCIATES.

DATED: May 19, 2017

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing **DEFENDANT 7321 WANDERING STREET TRUST'S MOTION TO SUBSTITUTE ATTORNEYS** was made on this 17th day of May, 2017, via the Court's CM/ECF system to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.


*/s/ Luis A. Ayon*_____
An Employee of Ayon Law, PLLC

**AYON LAW, PLLC**
**9205 W. Russell Road,**
**Building 3, Suite 240**
**LAS VEGAS, NEVADA 89148**
**PHONE: (702) 600-3200**

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

**AYON LAW, PLLC**
**9205 W. Russell Road,**
**Building 3, Suite 240**
**LAS VEGAS, NEVADA 89148**
**PHONE: (702) 600-3200**

Luis A. Ayon, Esq.
Nevada Bar No. 9752
**Ayon Law, PLLC**
9205 West Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148
Telephone:     (702) 600-3200
Facsimile:     (702) 447-7936
*E-Mail:*     *laa@ayonlaw.com*

*Attorneys for Defendant 7321 Wandering Street Trust*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, as SUCCESSOR TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR THE HOLDERS OF THE MLMI SURF TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-AB1, | Case No.: 2:16-cv-02571-JCM-VCF |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEYS** |
| ELKHORN COMMUNITY ASSOCIATIONS; 7321 WANDERING STREET TRUST, | |
| Defendants. | |

LUIS A. AYON, ESQ., of **Ayon Law, PLLC**, is hereby substituted in as the attorneys for

Defendant, 7321 Wandering Street Trust, in the above-entitled action, in the place and stead of

Maier Gutierrez & Associates.

_____

7321 Wandering Street Trust

We hereby accept the above and foregoing substitution as attorneys for Defendant, 7321 WANDERING STREET TRUST.

DATED this _12_ day of ___May___, 2017.

AYON LAW, PLLC

LUIS A. AYON, ESQ.
Nevada Bar No. 9752
9205 W. Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148

We hereby consent to the above substitution.

DATED this _12_ day of ___May___, 2017.

MAIER GUTIERREZ & ASSOCIATES

JASON R MAIER, ESQ.
Nevada Bar No. 8557
8816 Spanish Ridge Ave
Las Vegas, Nevada 89148